** E-filed January 20, 2012 **

DEAN HANSELL, SBN 93731
dhansell@dl.com
MAYA C. DHARWARKAR, SBN 249702
mdharwarkar@dl.com
DEWEY & LEBOEUF LLP
333 South Grand Avenue
Suite 2600
Los Angeles, CA  90071-1530
Telephone: (213) 621-6000
Facsimile:  (213) 621-6100

Attorneys for Petitioner
INJAZAT TECHNOLOGY FUND B.S.C.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C., <br><br> Plaintiff, <br><br> vs. <br><br> DR. HAMID NAJAFI AND MICHAEL CUMMISKEY, <br><br> Respondents. | Case No. CV11-04133 HRL <br><br> [PROPOSED] ORDER OF DISMISSAL AS TO RESPONDENT MICHAEL CUMMISKEY <br><br> ~~Hearing:~~ <br> ~~Date:            1/10/2012~~ <br> ~~Time:           10:00 a.m.~~ <br> ~~Courtroom:   2~~ |

Having considered Petitioner Injazat Technology Fund B.S.C.'s Notice of Voluntary Dismissal Without Prejudice of Respondent Michael Cummiskey, IT IS HEREBY ORDERED THAT the Notice of Voluntary Dismissal is GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 20, 2012

_____
Howard R. Lloyd
United States Magistrate Judge
Northern District of California