** E-filed January 23, 2012 **

1  DEAN HANSELL, SBN 93731
   *dhansell@dl.com*
2  MAYA C. DHARWARKAR, SBN 249702
   *mdharwarkar@dl.com*
3  DEWEY & LEBOEUF LLP
   333 South Grand Avenue
4  Suite 2600
   Los Angeles, CA 90071-1530
5  Telephone: (213) 621-6000
   Facsimile: (213) 621-6100
6
   Attorneys for Petitioner
7  INJAZAT TECHNOLOGY FUND B.S.C.

8

9              IN THE UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12 | INJAZAT TECHNOLOGY FUND B.S.C., | Case No. CV11-04133 HRL |
13 | Plaintiff, | [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY ON BEHALF OF INJAZAT TECHNOLOGY FUND B.S.C. |
14 | vs. | |
15 | DR. HAMID NAJAFI AND MICHAEL CUMMISKEY, | Hearing: |
16 | | Date: N/A |
17 | Respondents. | Time: N/A |
   | | Courtroom: N/A |

[PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY
CV11-04133

IT IS HEREBY ORDERED THAT Petitioner Injazat Technology Fund B.S.C. ("Injazat") hereby withdraws its current attorney of record:

> Maya C. Dharwarkar
> Dewey & LeBoeuf LLP
> 333 S. Grand Ave. #2600
> Los Angeles, CA 90071
> Phone: 213-621-6000
> Fax: 213-621-611
> e-mail: mdharwarkar@dl.com

and substitutes the following attorney as the attorney of record:

> Dean Hansell
> Dewey & LeBoeuf LLP
> 333 S. Grand Ave. #2600
> Los Angeles, CA 90071
> Phone: 213-621-6000
> Fax: 213-621-611
> e-mail: dhansell@dl.com

Dated: January 23, 2012       _____
                              Hon. Howard R. Lloyd
                              United States Magistrate Judge
                              Northern District of California

1
[PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY
CV11-04133