**\*\* E-filed February 28, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INZAJAT TECHNOLOGY FUND, B.S.C., | No. C11-04133 HRL |
| Plaintiff, | **ORDER DENYING MOTION TO SHORTEN TIME ON PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT** |
| v. | |
| HAMID NAJAFI, | |
| Defendant. | [Re: Docket No. 39] |

Plaintiff Inzajat Technology Fund, B.S.C. "Inzajat") brought this action to enforce an arbitration award entered in London. Inzajat sought an order confirming the award, which this court granted on January 20, 2012. Dkt. No. 23. Inzajat now seeks entry of judgment, and requests that the court hear the motion on shortened time. Dkt. No. 37. Defendant Hamid Najafi, who was served with a summons and the petition to confirm the arbitration award on August 25, 2011, has only recently appeared in this action and seeks a stay of enforcement of judgment. He has not opposed the motion to shorten time.

Having considered plaintiff's request, the court does not find good cause to hear the motion on shortened time, so plaintiff's request is DENIED. The request for entry of judgment as well as defendant's request for a stay shall be heard on March 20, 2012 at 10:00 a.m. Briefing on the pending motions shall proceed in accordance with Civil Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: February 28, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04133 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Dean Hansell | dhansell@dl.com |
| Daniel Ballon | dballon@dl.com |
| Jennifer Cabrera | jennifer@dantanlaw.com |
| Brian Affrunti | baffrunti@bwslaw.com |
| Douglas Dal Cielo | ddalcielo@bwslaw.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**